UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,          :

           Plaintiff,    :

    v.                             :

James N. Walker, Jr.,              :   COURT NO: 3:01CV00310 (CFD)

           Defendant,    :

        and                    :
Connecticut Business Systems
Legal/Payroll Department           :
31 Inwood Rd.
Rocky Hill, CT06067                :

           Garnishee.    :

### EX PARTE APPLICATION FOR
### WRIT OF GARNISHMENT ON EARNINGS

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $7,920.12 and post-judgment interest at the rate of 3.7%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The judgment debtor has made payments totaling $1,479.00 pursuant to said demand. The total balance due as of September 3, 2003 is $7,155.51.

The judgment debtor, James N. Walker, Jr.'s, last known address is 99 Burlington Street, Hartford, Connecticut 06112 and the debtor's social security number is 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.

The Garnishee is believed to be an employer of the judgment debtor, or the Garnishee otherwise owes or will owe disposable earnings to the judgment debtor and said property is a substantial non exempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is:

      name: **Connecticut Business Systems**
  address: **Legal/Payroll Department**
              **31 Inwood Rd.**
              **Rocky Hill, CT 06067**
     phone: 860-529-7757

                            Respectfully submitted,

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY

                            CHRISTINE SCIARRINO
                            ASSISTANT U.S. ATTORNEY
                            UNITED STATES ATTORNEY'S OFFICE
                            P. O. BOX 1824
                            NEW HAVEN, CT 06508
                            (203) 821-3700
                            FED BAR NO. CT 03393