UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,         :

    Plaintiff,       :

  v.                              :

James N. Walker, Jr.,             :   COURT NO: 3:01CV00310 (CFD)

    Defendant,       :

  and                           :
Connecticut Business Systems
Legal/Payroll Department          :
31 Inwood Rd.
Rocky Hill, CT06067               :

    Garnishee.       :

## ANSWER OF THE GARNISHEE

I, _____, BEING DULY SWORN DEPOSES AND SAYS:
 (affiant)

 IF GARNISHEE IS AN INDIVIDUAL:

 That he/she is Garnishee herein doing business in the name of _____.
 state full name and address of business

 IF GARNISHEE IS A PARTNERSHIP:

 That he/she is a member of the Garnishee's partnership

 IF GARNISHEE IS A CORPORATION:

 That he/she is the _H. R. Manager_ of Garnishee, a
       (state official title)

corporation, organized under the laws of the State of _Connecticut_

 On _12/24_ , 2003, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes     No

✓  ___     1.  Defendant was in my/our employ.

           2.  Pay period is ___ weekly, ___ bi-weekly, ✓ semi-monthly, ___ monthly.

1/1/04         Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

1/15/04        Enter date above pay period ends.

           3.  Enter amount of net wages.  Calculate below:

               (a) Gross Pay              $ 1,294.83
               (b) Federal income tax     $   125.65
               (c) F.I.C.A income tax     $    95.85
               (d) State income tax       $    32.26
               Total of tax withholdings  $   253.76
               Net Wages                  $ 1,041.07 *
               (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim:_____

_____

\*\* Check 1 and/or 2 if applicable\*\*

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>James N. Walker, Jr.</u>, and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____ at
                                  (date)

_____
(state street address, city, state and zip code)
or hand delivered to _31 Inwood Rd. Rocky Hill CT 06067_
                    (state actual address of where it was hand
                     delivered)

on ___1/6/04___
      (date)

___[signature]___
        (Affiant's signature)

Subscribed and sworn to before me this 6th day of January, 2004.

___[signature]___
Notary Public

My Commission Exp. June 30, 2007
My Commission expires: _____

3

The *Original Answer* must be mailed to:

>United States District Court
>Office of the Clerk
>450 Main Street
>Hartford, Connecticut 06103

Mail the check (made payable to the **Department of Justice**) and a **copy** of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn:   Financial Litigation Unit